ELISE S. LEE, Respondent, *v.* CORN EXCHANGE BANK TRUST COMPANY, Appellant.

Argued April 16, 1946; decided June 6, 1946.

*James H. Halpin, William Selnick* and *Rhoda E. Leshine* for appellant.

*Peter Keber, Leo P. Dorsey* and *Charles H. Willard* for New York State Bankers Association, *amicus curiæ,* in support of appellant's position.

*George W. Herz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: DYE, J.